No. 190. E. E. MORGAN CO., INC. *v.* ARKANSAS FOR USE AND BENEFIT OF PHILLIPS COUNTY. October 13, 1941. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. (1) *Stewart & Co.* v. *Sadrakula,* 309 U. S. 94, 105; *James* v. *Dravo Contracting Co.,* 302 U. S. 134, 149; *General Construction Co.* v. *Fisher,* 295 U. S. 715; *Trinityfarm Construction Co.* v. *Grosjean,* 291 U. S. 466, 472; (2) *International Harvester Co.* v. *Kentucky,* 234 U. S. 579, 588–

89; *Natural Gas Co.* v. *Slattery*, 302 U. S. 300, 306–7. *Mr. Wm. M. Hall* for appellant. *Mr. Leo J. Mundt* for appellee.